UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Edwin Sanchez #499654-138086 D
(Enter above the full name of the Plaintiff in this action)

COMPLAINT

- vs -

Civil Action No. ____________________
(To be supplied by the Clerk of the Court)

East Jersey State Prison (medical unit)
Dr. Ahmar Shakir
Dr. Elmira Kapchits
Dr. Herbert Smyczek
Dr. Scott Miller
(Enter above full name of the Defendant(s) in this action)

RECEIVED IN THE CHAMBERS OF
MAR 12 2015
HON. WILLIAM J. MARTINI, U.S.D.J.

INSTRUCTIONS – READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the Plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any questions, attach a separate sheet.

2. In accordance with Rule 8 of the *Federal Rules of Civil Procedure*, the complaint should contain (a) a short and plain statement of the grounds upon which the court's jurisdiction depends; (b) a short plain statement of the claim showing that you are entitled to relief; and (c) a demand for judgment for the relief which you seek.

3. You must provide the full name of *each* Defendant or Defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District court. You must also send one additional copy of the complaint *for each Defendant* to the Clerk. Do not send the complaint directly to the Defendants.

5. Upon receipt of a fee of $350.00 (*as of* ***October 1, 2012***), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each Defendant. See Rule 4, *Federal Rules of Civil Procedure*.

*NOTE:* If you cannot prepay the $350.00 filing fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth below. (If there is more than one Plaintiff, *each Plaintiff* must separately request permission to proceed *in forma pauperis*).

The Prisoner Litigation Reform Act of 1996 ("PLRA"), effective April 26, 1996, has made significant changes to the *in forma pauperis* statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing fees for prisoners who are granted leave to proceed *in forma pauperis*. A prisoner who is granted leave to proceed *in forma pauperis* is not required to pay the filing fees in advance, but the prisoner is obligated to pay the entire filing fee in installment payments regardless of the outcome of the proceeding. This obligation to pay the filing fee continues even if the prisoner is transferred to another prison. Therefore, before submitting this application to the Clerk of the Court, a prisoner should consider carefully whether he or she wishes to go forward with the action.

The PLRA obligates prisoners who are granted *in forma pauperis* status to pay the entire filing fee in the following manner, regardless of the outcome of the litigation. *See* 28 U.S.C. § 1915(b)(1) and (2). The agency having custody over the prisoner shall deduct from the prisoner's institutional account and forward to the Clerk of the Court (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint; and (2) payments equal to 20% of the preceding month's income credited to the prisoner's institutional account each month the amount in the account exceeds $10.00, until the $350.00 filing fee is paid. 28 U.S.C. § 1915(b)(1) and (2). However, a prisoner without assets or any means in which to pay the initial partial filing fee will not be prohibited from bringing a civil action. *See* 28 U.S.C. § 1915(b)(4)..

6. Each prisoner Plaintiff who desires to proceed *in forma pauperis* must submit the following to the Clerk of the Court:

a. A completed, signed, and dated application to proceed *in forma pauperis* (attached hereto); and

b. A certified copy of your prison account statement for the 6-month period immediately preceding submission of this application, listing the account balance and all deposits into the account. A prison account statement must be obtained from the appropriate official of each prison at which you are or were confined during the preceding 6 months.

7. If your application to proceed *in forma pauperis* does not conform to these instructions, you will be notified by letter of the nature of the deficiencies. If these deficiencies are not cured within 120 days of the date of the letter, the complaint will be deemed withdrawn, the Clerk's file will be closed, and no fees will be assessed against you.

8. If you are given permission to proceed *in forma pauperis*, the Clerk will prepare and issue a copy of the Summons for each Defendant. The copies of Summonses and the copies of the complaint, which you have submitted, will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The U.S. Marshal has U.S.M.-285 forms you must complete so that the Marshal can locate and serve each Defendant. If the forms are sent to you, you must complete them *in full* and return the forms to the U.S. Marshal.

QUESTIONS TO BE ANSWERED

1. Jurisdiction is asserted pursuant to (*CHECK ONE*):

X 42 U.S.C. § 1983 (*applies to State prisoners*)

_____ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (*applies to federal prisoners*)

If you want to assert jurisdiction under different or additional statutes, list them below:

_______________________________________________

2. Previously Dismissed Federal Civil Actions or Appeals:

If you are proceeding *in forma pauperis*, list each action or appeal you have brought in federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied *in forma pauperis* status unless that prisoner is under imminent danger or serious physical injury. 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): _______________________________________________

_______________________________________________

Defendant(s): _______________________________________________

_______________________________________________

b. Court and Docket Number: _______________________________________________

c. Grounds for dismissal: ( ) Frivolous; ( ) Malicious; ( ) Failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _______________________________________________

e. Approximate date of disposition: _______________________________________________

Page ONe

#3 DR, ELmira Kapchits, M.D. For Rutgers university correctional Health care, Bates B.L.D.G. Stuyvesant ave and whittlesey RD P.O. Box 863, Trenton N.J. 08625, also works in the medical Dep. For E.J.S.P. Rahway N.J. 07065 Lock bag. R. ONe of the care providers whom despite my complaints and told about my fall, ONLY SEND me for Xrays, MRI was Necessary, So Far I have one Record Since 2-16-10, and Kept complaining of worsening of symptoms, improper medical care caused Serious damage and other injuries all connected to this one. Years Later my Knees gave out, taken to infermery, instead of Sending me out, She gave order to be Kept here, despite Severity of injury I've had and described to her by Phone by Register Nurses.

#4-DR, Herbert Smyczek M.D. Rutgers University Correctional Health care, Bates B.L.D.G. Stuyve→

Sant ave and whittlesey RD P.O. Box 863 trenton N.J. 08625, also works at E.J.S.P. Rahway prison hospital. He followed the same as other M.D. X-rays, I kept complaining worsening of symptoms but never sent for M.R.I. I also developed other injuries due to my bad knee, he was informed but never got proper care, even after years past X-ray showing significant damage no M.R.I. from his behalf, after my knees gave out on 8-6-13 I suffered additional injuries, my left knee on record had internal bleeding edimatz eckymosis, but kept suffering at prison hospital other inmates were sent out symular injuries, but I was kept there suffering. My original injury in 2009 end of it, he reported it was caused by a motor vehicle accident in 2009, this is impossible I've been locked up since 2003. I have the statement.

#5 DR, Scott Miller orthopedic, →

Page Two

at Saint Francis Hospital
601-Hamilton ave, Trenton
N.J. 08629, this ortho, I
had a follow up appoitment
two weeks after surgery by
DR, aHmar Shakir, DR, Miller
was shocked by the severity
of the damage on left knee,
also Right Knee, but of more
concern my left knee, both
Physical damage found by
Physical exam and by Reading
in the computer the original
MRI, all the shoking damage
he documented, a "clunk" or
gliding of left knee among many
other serious damage, a partial
Knee Replacement was to be his
first way of starting correction,
only to later on abandone
me, after I Reported his partners
Negligence, he suddenly changed
to cortison shots, told me the
samething as his partner, I was
too young for knee Replacements

also very contradicting medical Reports, this is a matter of willful Neglect.
#6- Dolores Guida, Regional Nurse, Rutgers University Correctional Health Care, Bates B.L.D.G. Stuyvesant ave and Whittlesey RD P.O. BOX 863, Trenton N.J. 08625, Many times she was informed of my essues, and sending answers of meeting one on one to find solution, but only at the time after operating at the Rahway prison Hospital I saw her, 10-17-13 after I told her that something was wrong I was abandoned, She is a prominent person in the System able to help, but after that I kept being told on answers by Remedies that we were going to meet, a meeting was set, but never happened, abandoned.

3. Place of Present Confinement: ______________________

4. Parties: (In Item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs if any).

a. Name of Plaintiff: Edwin Sanchez

Address: East Jersey State Prison, Lockbag-R
Rahway, New Jersey 07065

Inmate Number: 499654-138086D

b. First Defendant's Name: East Jersey State Prison (medical unit)

Official Position: State Prison Rahway. ADministration

Place of Employment: 110 Woodbride Road, Lockbag-R 07065

How is this person involved in the case (*i.e.*, what are you alleging that this person did or did not do that violated your constitutional rights)?

I've been Sending Remedy Forms, Requesting proper care, I've explained in details my pain and suffering, I've explained and have the proof, that I've worn them about not being properly diagnosed, knowing, with proof that partial knee needed after surgery

c. Second Defendant's Name: Dr. Ahmar Shakir

Official Position: Doctor orthopedic

Place of Employment: Sain Francis Hospital 601-Hamilton ave Trenton N.J. 08629

How is this person involved in the case (*i.e.*, what are you alleging that this person did or did not do that violated your constitutional rights)?

As a specialist, he deliverly or intentionally scheduled and performed a surgery, following only an M.D.S. diagnosed, never examined the actual MRI, never physicly examined my injuries, only with an X-Ray, got upset after I tried to show him grater damage and asked to please read the MRI he said no need to, failed to informed that he basicly removed entire meniscus, small part left still posibly torn, took second MRI - second ortho to conferred te secerity of the damage, worse after surgery by him, told me I had to live with my injuries, another ortho and 20 year experienced P.T. conferred damage, [illegible]

2-DR, M.D. Elmira Kapchits She was here at the Rahway prison Hospital, I Found a File from 2-16-10, in which She was informed, I was seen by her on the injury, I'm trying to locate earlier medical Reports, So far I found this date, I belive being seen by R.N. before that.

3-Found one of the early complaints 3-9-2010 Regarding my injure Left Knee, continued complaints, was told Nothing wrong, but I insisted, but did not get proper medical care.

4-First Ortho consult with DR, Ahmar Shakir on 9-12-13 this is when his involment came and he scheduled me for symple meniscus surgery, Not studing the actual MRI, Nor he performed Physical exam, he just followed a symple written diagnosed by DR, Herbert Smyczek, at Rahway prison, after MRI on 8-21-13

DR, attmar Shakir was at the trenton prison clinic.

5- D,R, Scott Miller saw me on 10-31-13 at trenton state prison clinic, He found shocking injuries after 10-16-13 Surgery performed by DR, Attmar Shakir at Saint Francis Hospital, saw me after on 1-23-14 he inspected again physical, and MRI, exam coming to terms that a partial Knee Rep. was the way of starting to correct. on the third telecom visit he already had found out that I reported his partners, bad diagnose deliberately and the worsening of symptoms, suddenly various contradictions, and settled for cortison shots done at Saint Francis hospital on 4-10-14. Since that I've been abandoned, some medication to help some of the multiple excruciating pain.

d. If there are more than two defendants, attach a separate sheet. For each defendant, specify: (1) Name; (2) Official Position; (3) Place of Employment; (4) Involvement in this case.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims (para. 6 below).

[✓] Yes [ ] No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results. E.J.S.P.

I have been seeking relief from the institution, from Rutgers University Correctional Health care, and their Doctors, by sending Request forms, by consistant complaints of injury to medical department, also by asking ortho, at Saint Francis Hosp. Trenton to help. —Result. one surgery that left me worse, after plans to fix me, suddenly left. So far some pain meds, knee brace help some with pain, but perm. damage.

If your answer is "No," briefly explain why administrative remedies were not exhausted.

6. Statement of Claims:

State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.

1- 8-7-13 I informed the Medical administrator about my situation, here at the Prison, their notification makes them involved Mr. Colm Foley was the first also Miss Dolores Guida was informed on that date, while I was sitting in pain at the prison Hospital, ongoing complaints of pain and suffering, continued post surgery have one more of many 3-1-14 Regarding post surgery and before surgery this was both to Dolore Guida and the Prison administration.

(Statement of Claim(s), continued):

7. Relief:

State briefly exactly what you want the court to do for you. *Make no legal arguments. Cite no cases or statutes.*

8. Do you request a jury or non-jury? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of March, 20 15.

EDWIN Sanchez
(Printed Name of Plaintiff)
#499654 SBI-138086-D

[signature]
(Signature of Plaintiff)

*Additional Plaintiff(s):*

(Printed Name of Plaintiff #2) (Signature of Plaintiff #2)

(Printed Name of Plaintiff #3) (Signature of Plaintiff #3)

*NOTE:* Each Plaintiff named in the Complaint must sign the Complaint here. Add additional lines if there is more than one Plaintiff. Remember, each Plaintiff must sign the Complaint.