To: Judge Jose L. Linares
From: EDWIN L. Sanchez #499654
SBI-138086-D E. J. S. P. Rahway
St. PRISON, Lock bag R. 1-R HU #33

IN Regards to my application FOR PRO BONO COUNSEL, there are pages missing, unfortunely this is the only application avalable in this institution, I apologize FOR the inconvenience please, I've sent previous Letter asking FOR the appication, thank you.

Civil 15-1879 JLL