Edwin L. Sanchez
#499654/SBI-138086D
East Jersey State Prison
Lock Bag R
Rahway, N.J. 07065

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2015 AUG 25 P 1

August 18, 2015

WILLIAM T. WALSH, CLERK U.S.D.C.
Martin Luther King Jr. Fed. Bldg.
United States Courthouse
50 Walnut Street
Post Office Box 419
Newark, New Jersey 07101-0999

Re: Edwin L. Sanchez v. P. Nogan 2:15-cv. 01879-JLL-JAD

Dear Clerk,

I am in receipt of your letter dated March 17, 2015 and I would like to know; What is the disposition of the above referenced Case No.? Also, Would you please send me a copy of the Docket Sheet schedule?

Respectfully,

Edwin L. Sanchez

c: File

Edwin L. Sanchez
#499654/SBI-138086D
East Jersey State Prison
Lock Bag R
Rahway, N.J. 07065

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2015 AUG 25 P 2: 41

DV DANIELS NJ 070
24 AUG 2015 PM 4 L

WILLIAM T. WALSH, CLERK U.S.D.C.
Martin Luther King Jr. Fed. Bldg.
United States Courthouse
50 Walnut Street
Post Office Box 419
Newark, New Jersey 07101-0999

07101041919