Edwin L. Sanchez #499654/SBI#138086-D
East Jersey State Prison
Lock Bag R
Rahway, New Jersey 07065

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2015 SEP 23 P 2:09

Date: 9-21-15

William T. Walsh, Clerk U.S.D.C.
Martin Luther King Jr. Fed. Bldg.
United States Courthouse
50 Wallnut Street
Post Office Box 419
Newark, New Jersey 07101-0999

Re: Edwin L. Sanchez v. Cole Foley 2:15-CV, 01879-JLL-JAD

Dear Clerk of the Court,

I am in receipt of your letter dated August 27, 2015. I was under the belief that my case was re-opened. After reading your notice of termination on 3/17/15 due to not sending pay statements signed, I was given 30 days to provide the court with the correct 6 months work statements signed by a supervisor. I did as instructed and sent the statements out on 3/24/15, much earlier than the 30 days. Unfortunately I did not certify the letter, but it was sent for the forma pouperous on this docket sheet number. Even so, I found that my case was still terminated.

Please, I ask the Court to look for this letter of signed work account statements for 6 months that was signed by a supervisor, if the letter was received, but in the docket sheet dated August 27, 2015 was not reported, I do see that 5 said, application for pro bono Counsel by Edwin Sanchez. (Attachments #1 Letter #2 Letter (N.R.) (Entered:3/30/15. I sent statements within five days of notice, thus the 30 days were not up.

I respectfully ask the clerk, Honorable Judges Jose L. Linores, Judge Joseph A. Dickson to please look into this as it is honestly true and sincere. If it is necessary, I respectfully ask to send new pauperous forms again. I will provide once again the signed work statement. Please reply, your help is very much appreciated.

Very truly yours,

Edwin L. Sanchez #499654/SBI#138086-D

Date: 9-21-15

cc: E.S/files

ADMCLOSED

**U.S. District Court**
**District of New Jersey [LIVE] (Newark)**
**CIVIL DOCKET FOR CASE #: 2:15-cv-01879-JLL-JAD**
**Internal Use Only**

SANCHEZ v. EAST JERSEY STATE PRISON et al
Assigned to: Judge Jose L. Linares
Referred to: Magistrate Judge Joseph A. Dickson
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/11/2015
Date Terminated: 03/18/2015
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**EDWIN SANCHEZ** represented by **EDWIN SANCHEZ**
499654
EAST JERSEY STATE PRISON
138086D
E.J.S.P. LOCK BAG R
RAHWAY, NJ 07065
PRO SE

V.

**Defendant**

**EAST JERSEY STATE PRISON**
*Medical unit*

**Defendant**

**DR. AHMAR SHAKIR**

**Defendant**

**DR. ELMIRA KAPCHITS**

**Defendant**

**DR. HERBERT SMYCZEK**

**Defendant**

**DR. SCOTT MILLER**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2015 | 1 | Complaint Received. (Attachments: # 1 Application IFP, # 2 envelope)(mfg, ) (Entered: 03/16/2015) |

| | | |
|---|---|---|
| 03/17/2015 | 2 | ORDER denying pltf's request to proceed in forma pauperis; administratively terminating this action; the Clerk of the Court shall send Plaintiff a blank form application to proceed in forma pauperis;if Plaintiff wishes to reopen this case, he shall so notify the Court, in writing within 30 days of the date of entry of this Order; upon receipt of a writing from Plaintiff stating that he wishes to reopen this case, and either a complete in forma pauperis application or payment of the filing and administrative fees within the time allotted by this Court, the Clerk of the Court will be directed to reopen this case etc.. Signed by Judge Jose L. Linares on 3/17/2015. (nr, ) (Entered: 03/18/2015) |
| 03/18/2015 | | ***Civil Case Terminated. (nr, ) (Entered: 03/18/2015) |
| 03/24/2015 | 5 | Application for Pro Bono Counsel by EDWIN SANCHEZ. (Attachments: # 1 Letter, # 2 Letter)(nr, ) (Entered: 03/30/2015) |
| 03/25/2015 | 4 | Letter from Edwin Sanchez requesting an application for pro bono counsel (nr, ) (Entered: 03/26/2015) |
| 03/26/2015 | 3 | APPLICATION for Pro Bono Counsel by EDWIN SANCHEZ. (nr, ) Modified on 5/5/2015 (nr). (Entered: 03/26/2015) |
| 04/29/2015 | 6 | Letter from Edwin L. Sanchez inquiring as to the status of his case (nr, ) (Entered: 05/04/2015) |
| 08/25/2015 | 7 | Letter by Edwin L. Sanchez inquiring as to the status of his case and requesting a docket sheet (nr, ) (Entered: 08/27/2015) |

Edwin L. Sanchez #499654/SBI#138086-D
East Jersey State Prison
Lock Bag R
Rahway, New Jersey 07065

DISTRICT COURT
NEW JERSEY
RECEIVED
2015 SEP

STATE PRISON

DV DANIELS
NJ 070 neopost
22 SEP
PM 4 L
09/22/2015
US POSTAGE $006.24⁰
ZIP 07065
041M11271711

William T. Walsh, Clerk U.S.D.C.
Martin Luther King Jr. Fed. Bldg.
United States Courthouse
50 Wallnut Street
Post Office Box 419
Newark, New Jersey 07101-0999

0710104919